CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 30 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Action No. 5:06cr00050-3 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| EVELIO ARROYO-DUARTE. | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Arroyo-Duarte's § 2255 motion is **DISMISSED without prejudice**; Arroyo-Duarte's motion to proceed in forma pauperis is **DENIED as MOOT**; and this action is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to petitioner.

**ENTER:** This 30th day of June, 2008.

United States District Judge