CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 10 2010

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 5:06cr50-3 |
| v. | ) | |
| | ) | **FINAL ORDER** |
| EVELIO ARROYO-DUARTE | ) | |
| Defendant. | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is **ORDERED** and **ADJUDGED** that Evelio Arroyo-Duarte's motion for relief pursuant to 28 U.S.C. § 2255 is **DENIED**.

**ENTER:** This 10th day of June 2010.

_____
UNITED STATES DISTRICT JUDGE